**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| FRANK JAIR MIRANDA REYES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:26-cv-2153 |
| | ) | |
| WARDEN OF MOSHANNON VALLEY ICE PROCESSING CENTER *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**DEFICIENCY ORDER**

Petitioner Frnak Jair Miranda Reyes ("Petitioner") is an immigration detainee currently incarcerated at Moshannon Valley Processing Center ("MVPC"). Petitioner submitted a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (the "Petition"), which was received by this Court on November 9, 2026. (ECF No. 1). The Petition was submitted to the Clerk of Court without a check, money order, or motion for leave to proceed *in forma pauperis* to cover the filing fee. Accordingly, the above-captioned matter will not be processed for failure to comply with the Federal Rules of Civil Procedure, statutory requirements and/or our Local Rules and/or practices. The submission of the Petition is deficient in the following respects:

_X_ Failure to pay the required filing fee **or** to complete the Court's form motion for leave to proceed *in forma pauperis*. Petitioner must pay the full filing fee **or** move for leave to proceed *in forma pauperis*. A copy of this order and a blank copy of the Court's form motion to proceed *in forma pauperis* will be mailed to Petitioner this day, November 12, 2026.

AND NOW, this 12th day of November 2026, IT IS HEREBY ORDERED that (1) the full $5.00 filing fee **or** (2) a form motion for leave to proceed *in forma pauperis* be provided to: **Clerk of Court, United States District Court, 700 Grant Street, Room 3110, Pittsburgh, PA 15219.**

Failure to cure the above-noted deficiencies by **December 11, 2026,** will result in the dismissal of this matter for failure to prosecute.

/s/ W. Scott Hardy
W. Scott Hardy
United States District Judge